UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HESS, | No. 2:16-cv-1936 CKD P |
| Plaintiff, | |
| v. | ORDER |
| BUTTE COUNTY JAIL, | |
| Defendant. | |

Plaintiff has submitted a letter in which she complains about conditions at the Butte County Jail. No pleadings have been filed. In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The complaint must bear the docket number assigned this case.

---

[1] If leave to proceed in forma pauperis is granted, plaintiff will still be required to pay the filing fee, but will be permitted to pay it in installments.

1

Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $400.00. Plaintiff's failure to comply with this order will result in dismissal.

      2. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner.

Dated: August 22, 2016

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hess1936.nc

2