UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HESS, | No. 2:16-cv-1936 CKD P |
| Plaintiff, | |
| v. | ORDER AND |
| BUTTE COUNTY JAIL, | FINDINGS AND RECOMMENDATIONS |
| Defendant. | |

On August 22, 2016, plaintiff was ordered to file a completed in forma pauperis application and a complaint within thirty days and was cautioned that failure to do so would result in dismissal. The thirty day period has now expired, and plaintiff has not responded to the court's order.

Although it appears from the file that plaintiff's copy of the August 22, 2016 order was returned to the court, plaintiff was properly served. It is plaintiff's responsibility to keep the court apprised of her current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

/////

/////

1

IT IS HEREBY RECOMMENDED that this action be dismissed.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 28, 2016

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

hess1936.frs